IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02667-RPM

INGERSOLL RAND COMPANY,

      Plaintiff,

v.

ROBERT H. BRUST,

      Defendant.

---

**ORDER FOR ENTRY OF FINAL JUDGMENT**

---

Upon consideration of the Stipulated Motion for Entry of Final Judgment of Plaintiff Ingersoll Rand Company ("Ingersoll Rand") and Defendant Robert H. Brust ("Brust") it is

ORDERED AS FOLLOWS:

1. The Stipulated Motion for Entry of Final Judgment is granted.

2. The Clerk of the Court is hereby directed to enter final judgment in this matter as follows:

    a. Permanently enjoining defendant Robert H. Brust from disclosing any confidential business information and/or trade secrets of plaintiff Ingersoll Rand Company;

    b. Permanently enjoining Robert H. Brust from using for any purpose any of Ingersoll Rand's confidential business information and/or trade secrets; and

    c. Directing each party to bear his or its own attorney fees and costs except to the extent otherwise provided by the parties' settlement agreement.

DATED this 7th day of December, 2009 at 12:00 noon.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge